1  DANIEL J. BRODERICK
   Federal Defender
2  RITA BOSWORTH
   CA Bar# 234964
3  Assistant Federal Defender
   P.O. Box 631
4  Yosemite, California  95389
   Telephone: (209) 372-0306
5
6  Attorney for Defendant
   COCHIS MANCIA
7
8
                IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,    )  NO. P0618480
12                              )
                  Plaintiff,    )  ORDER TO STAY DEFENDANT'S
13                              )  SENTENCE PENDING APPEAL
        v.                      )
14                              )
   COCHIS MANCIA,               )
15                              )
                  Defendant.    )
16                              )
   _____)
17

18      Upon consideration of defendant's motion to stay his sentence
19  pending appeal, it is this __5th__ day of September, 2007, hereby
20      **ORDERED** that his sentence of a fine and probation are stayed until
21  his case is resolved on appeal, and it is further
22      **ORDERED** that the government shall not take any further action to
23  process or report his post-conviction booking information until his
24  case is resolved on appeal.
25
26                                      _____
27                                      WILLIAM WUNDERLICH
                                        United States Magistrate Judge
28

FILED
SEP - 5 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK