DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Appellant
COCHIS MANCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00241 OWW |
|---|---|---|
| Plaintiff-Appellee, | ) | STIPULATION TO CONTINUE APPELLATE BRIEFING SCHEDULE; ORDER |
| v. | ) | |
| COCHIS MANCIA, | ) | |
| Defendant-Appellant. | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the briefing schedule in this matter may be continued as follows: Appellant's opening brief now due March 11, 2008, shall be filed on or before May 9, 2008, Appellee's brief now due April 1,

///
///
///
///
///
///
///
///

2008, shall be filed on or before May 30, 2008, and Appellant's Optional Reply Brief shall be due five court days after service of the Appellee's brief.

                                                  McGREGOR W. SCOTT  
                                                  United States Attorney

DATED: February 29, 2008              By  /s/  Mark J. McKeon  
                                                  MARK J. McKEON  
                                                  Assistant United States Attorney  
                                                  Counsel for Plaintiff-Appellee

                                                  DANIEL J. BRODERICK  
                                                  Federal Defender

DATED: February 29, 2008              By  /s/  Marc Days  
                                                  MARC DAYS  
                                                  Assistant Federal Defender  
                                                  Counsel for Defendant-Appellant  
                                                  Cochis Mancia

## ORDER

    IT IS SO ORDERED.

**Dated:   March 5, 2008**                    **/s/ Oliver W. Wanger**  
                                           UNITED STATES DISTRICT JUDGE