```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. MCKEON
    Assistant U.S. Attorneys
 3  MISDEMEANOR UNIT
    Federal Building
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
 6
 7
 8
              IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                    EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,     )    NO. 1:07-cr-00241 OWW
12                                )
              Plaintiff-Appellee, )    STIPULATION TO CONTINUE
13                                )    APPELLATE BRIEFING
                                  )    SCHEDULE; ORDER THEREON
14            v.                  )
                                  )
15  COCHIS MANCIA,                )
                                  )
16            Defendant-Appellant.)
                                  )
17
18       IT IS HEREBY STIPULATED by and between the parties hereto
19  through their respective counsel that the briefing schedule may be
20  continued as follows: Appellee's brief shall be due November
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

                                   1
```

17, 2008, and Appellant's Optional Reply Brief shall be due December 17, 2008.

```
                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney



Dated: October 17, 2008      By   /S/Mark J. McKeon
                                  MARK J. McKEON
                                  Assistant U. S. Attorney


Dated: October 17, 2008           /s/Marc Days
                                  MARC DAYS
                                  Attorney for Defendant
```

**ORDER**

IT IS SO ORDERED.

**Dated:   October 19, 2008**            **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

2