```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. MCKEON
    Assistant U.S. Attorneys
 3  MISDEMEANOR UNIT
    Federal Building
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
 6
 7
 8
              IN THE UNITED STATES DISTRICT COURT FOR THE
 9
                      EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,      )   NO. 1:07-cr-00241 OWW
12                                 )
              Plaintiff-Appellee,  )   STIPULATION TO CONTINUE
13                                 )   APPELLATE BRIEFING
                                   )   SCHEDULE; ORDER THEREON
14            v.                   )
                                   )
15  COCHIS MANCIA,                 )
                                   )
16            Defendant-Appellant. )
                                   )
17
18       IT IS HEREBY STIPULATED by and between the parties hereto
19  through their respective counsel that the briefing schedule may be
20  continued as follows: Appellee's brief shall be due December
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //
```

1

1  19, 2008, and Appellant's Optional Reply Brief shall be due
2  January 19, 2008.

                                                                  Respectfully submitted,

                                                                  McGREGOR W. SCOTT
                                                                  United States Attorney

Dated: December 2, 2008     By   /S/Mark J. McKeon
                                                                   MARK J. McKEON
                                                                  Assistant U. S. Attorney

Date:  December 2, 2008         /s/Marc Days
                                                                   MARC DAYS
                                                                  Attorney for Defendant

**ORDER**

      IT IS SO ORDERED.

**Dated:   December 2, 2008**             **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE