DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Appellant
COCHIS MANCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00241 OWW |
|---|---|---|
| Plaintiff-Appellee, | ) | STIPULATION TO CONTINUE FILING OF OPTIONAL REPLY BRIEF; ORDER |
| v. | ) | |
| COCHIS MANCIA, | ) | |
| Defendant-Appellant. | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that Appellant's Optional Reply Brief now due January 20, 2009, shall be filed on or before March 2, 2009. Due to the intervening holidays, counsel for Defendant/Appellant has not had sufficient

///
///
///
///
///
///
///
///

time to complete review of the government's brief and the record for preparation of a reply since receipt of the government's responsive brief in this matter.

                                                  McGREGOR W. SCOTT
                                                  United States Attorney

DATED: January 20, 2009                        /s/ Mark J. McKeon
                                                  MARK J. McKEON
                                                  Assistant United States Attorney
                                                  Counsel for Plaintiff-Appellee

                                                  DANIEL J. BRODERICK
                                                  Federal Public Defender

DATED: January 20, 2009                        /s/ Marc Days
                                                  MARC DAYS
                                                  Assistant Federal Defender
                                                  Counsel for Defendant-Appellant

## ORDER

IT IS SO ORDERED.

**Dated:   January 21, 2009**                    /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE