DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Appellant
COCHIS MANCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00241 OWW |
|---|---|---|
| Plaintiff-Appellee, | ) ) ) | STIPULATION TO CONTINUE FILING OF OPTIONAL REPLY BRIEF; |
| v. | ) | ORDER |
| COCHIS MANCIA, | ) ) | |
| Defendant-Appellant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that Appellant's Optional Reply Brief shall be filed on or before April 10, 2009. Due to counsel for Defendant/Appellant's pending caseload, motions, and court hearings schedule, he has not had

///
///
///
///
///
///
///
///

sufficient time to complete review of the government's brief and the record for preparation of a reply since receipt of the government's responsive brief in this matter.

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

DATED: March 3, 2009                 /s/  Mark J. McKeon
                                      MARK J. McKEON
                                      Assistant United States Attorney
                                      Counsel for Plaintiff-Appellee

                                      DANIEL J. BRODERICK
                                      Federal Public Defender

DATED: March 3, 2009                 /s/  Marc Days
                                      MARC DAYS
                                      Assistant Federal Defender
                                      Counsel for Defendant-Appellant

## ORDER

IT IS SO ORDERED.

**Dated:   March 4, 2009**               /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE