1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    MARC DAYS, CA Bar #184098
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
6    Attorney for Defendant
     COCHIS MANCIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )    D.C. No. 1:07-cr-00241 OWW
                                        )
12                  Plaintiff,          )    [NO. P0618480 (Yosemite)]
                                        )
13        v.                            )    ORDER GRANTING DEFENDANT'S *EX PARTE*
                                        )    MOTION FOR ORDER DISMISSING CHARGES
14   COCHIS MANCIA,                     )    AND JUDGMENT OF CONVICTION PURSUANT
                                        )    TO REVERSAL OF CONVICTION ON APPEAL
15                  Defendant.          )
                                        )    Judge: HON. MICHAEL J. SENG
16   _____)

17        Having read and considered Defendant's *Ex Parte* Motion for Order Dismissing Charges and

18   Judgment of Conviction and the District Court's Statement of Decision and Order Regarding Appeal From

19   Magistrate Judge Decision filed June 21, 2010, wherein the District Court ordered the judgments of

20   conviction reversed and provided the government 60 days within which to choose to retry the case, and the

21   government not having filed a notice to retry the case, and having filed neither an objection to/nor an

22   appeal of the District Court's Decision, and good cause appearing therefore,

23        **IT IS HEREBY ORDERED** that Defendant's *Ex Parte* Motion for Order Dismissing Charges

24   and Judgment of Conviction **IS HEREBY GRANTED**.  The charges contained in Violation Notice No.

25   P0618480 / CA76 and any sentence imposed for the charged violation are hereby dismissed.

26   IT IS SO ORDERED.

27   Dated:    March 14, 2011          /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE
28